UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | |
|---|---|
| (1) SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> (1) LARRY J. DEARMAN, SR. and <br> (2) MARYA GRAY, <br><br> Defendants, <br><br> And <br><br> (3) BARTNET WIRELESS INTERNET, INC., <br> (4) THE PROPERTY SHOPPE, INC., and <br> (5) QUENCH BUDS HOLDING COMPANY, LLC, <br><br> Relief Defendants. | Case No. <br> 4:13-CV-553-GKF-TLW <br> Docket #31 |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT**
**BARTNET WIRELESS INTERNET, INC.**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Bartnet Wireless Internet, Inc., having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant Bartnet Wireless Internet, Inc., n/k/a Gray Liquidation No. 1 Corp. ("Bartnet") is liable for disgorgement of $3,466,152, representing the profits gained by Bartnet as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of

$222,483.61, for a total of $3,688,635.61.  This obligation shall be deemed fully satisfied through distributions by the Trustee to investors in the pending bankruptcy case *In re Bartnet Wireless Internet, Inc. n/k/a Gray Liquidation No. 1 Corp., Debtor*, Case No. 13-11264-M (Bankr. N.D. Okla.) ("Bankruptcy Case"), in accordance with the proposed settlement and compromise provided in the "Motion To Authorize Trustee To Enter Into Global Settlement And Compromise With Parties-In-Interest," filed on October 10, 2014, in the Bankruptcy Case, and approved by the Bankruptcy Court on November 10, 2014.

II.

Upon the entry of this Final Judgment, the Commission will withdraw its proof of claim in the Bankruptcy Case.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated:  November 14, 2014

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT